ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 1 6 2025

at ____ o'clock and ____ min. ____ M
Lucy H. Carrillo, Clerk

KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

JONATHAN D. SLACK
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Email: Jonathan.Slack@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JEFFREY RIETA,<br><br>　　　　　　Defendant. | Case No. CR CR25-00110 HG<br><br>INDICTMENT<br><br>[21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)] |

INDICTMENT

The Grand Jury charges:

Count 1
Conspiracy to Distribute and Possess
with Intent to Distribute a Controlled Substance
(21 U.S.C. § 846)

From a precise date unknown, but beginning by at least January 2024, and continuing to on or about March 12, 2024, in the District of Hawaii and elsewhere, JEFFREY RIETA, the defendant, did knowingly and intentionally combine, conspire, confederate, and agree with at least one other person to distribute and possess with intent to distribute a controlled substance, namely 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

Count 2
Possession with Intent to Distribute a Controlled Substance
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A))

On or about March 12, 2024, in the District of Hawaii, JEFFREY RIETA, the defendant, did knowingly and intentionally possess with intent to distribute a controlled substance, namely 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

///

///

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

Dated: October 16, 2025, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

JONATHAN D. SLACK
Assistant U.S. Attorney

United States v. Jeffrey Rieta
Indictment
Case No. CR CR25-00110 HG